**\*\*E-filed 3/15/2012\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARLOS MASSEY, | No. C 11-4222 RS |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION** |
| CITY OF SAN MATEO, et al, | |
| Defendants. | |

On February 17, 2012, an order entered granting defendants' unopposed motion to dismiss the First Amended Complaint. Plaintiff was advised that unless he filed a brief within 15 days showing cause why leave to amend should be granted, the action would be dismissed with prejudice. The 15 days period has elapsed, and plaintiff has filed no response. Accordingly, this action is dismissed with prejudice.

IT IS SO ORDERED.

Dated: March 15, 2012

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE